# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00031-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. KURT DAHLBERG,

      Defendant.

## MINUTE ORDER[1]

On March 12, 2007, the court conducted a telephonic status and scheduling conference with counsel. After conferring with counsel,

**IT IS ORDERED** as follows:

    1. That all non-CJA[2] pretrial motions shall be filed by no later than close of business **March 23, 2007**;

    2. That a response to a timely filed pretrial motion shall be filed within eleven (11) days of the filing of the pretrial motion;[3] and

    3. That all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing at a telephonic motions' hearing setting conference on

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[3] Non-CJA motions shall not be filed out of time without leave of court. Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court. Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court. Replies to responses shall not be filed without leave of court. Leave of court must be obtained before such papers may be filed. A request for leave to file such a paper shall not be contained or included in the paper sought to be filed.

**[Rev. 03/01/07]**

**May 9, 2007**, at 10:00 a.m., at which the defendant **need not appear or participate**; provided, furthermore, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  March 12, 2007
-------------------------------------------------------------------------------------------------------------