# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00031-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. KURT DAHLBERG,

      Defendant.

## MINUTE ORDER[1]

On **June 22, 2011**, commencing at 1:30 p.m., the court shall conduct a revocation of supervised release hearing. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: April 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.